United States Bankruptcy Court
Middle District of Florida

In re:  
Carolyn L Williams  
     Debtor

Case No. 14-04119-JAF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113A-3     User: ADIclerk     Page 1 of 1     Date Rcvd: Sep 28, 2017  
                   Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2017.
25026870       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2017 at the address(es) listed below:
         Andrew  Kussmaul    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC    Andrew.Kussmaul@BuckleyMadole.com
         Douglas W. Neway    court@ch13jaxfl.com,    courtdailysummary@ch13jaxfl.com;mbrown@ch13jaxfl.com;filings@ch13jaxfl.com
         Gavin  Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC bkfl@buckleymadole.com
         John  Rafferty    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC    john.rafferty@buckleymadole.com
         John R Callison    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC    John.Callison@BuckleyMadole.com
         Nicole Mariani Noel    on behalf of Creditor    U.S. Bank National Association, Not in its Individual Capacity but Solely as Trustee for the RMAC Trust, Series 2016-CTT    bankruptcynotices@kasslaw.com, nmnoel@ecf.courtdrive.com
         Robert  Wilbert    on behalf of Debtor Carolyn L Williams bobbyw24@yahoo.com,    bobbyw24@yahoo.com;WilbertBankruptcy@gmail.com;bobbyw24@gmail.com;bobbywilbert@outlook.com;rwilbert@woodatter.com
         United States Trustee - JAX 13/7, 7    USTP.Region21.OR.ECF@usdoj.gov
                                                                                                                    TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Middle District of Florida
Case No. 3:14-bk-04119-JAF
Chapter 13

In re: Debtor(s) (including Name and Address)

Carolyn L Williams
780 New Court W.
Jacksonville FL 32254

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/15/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 1: Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 | U.S. Bank National Association<br>c/o Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619-2708 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/30/17

Lee Ann Bennett
**CLERK OF THE COURT**